UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY COHEN,<br><br>      Plaintiff,<br><br>  -against-<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>      Defendants. | 23-CV-8099 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  The Court directs the Finance Department of the Clerk's Office to return the $52.00 duplicate payment to Cheryl Sims at 8901 Stone Creek Pl, Apt 302, Pikesville, MD 21208. The full filing fee of $402.00 has been processed by the Finance Department.

SO ORDERED.

Dated: October 20, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge